BURNETT, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Ap-

pellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by Janet C. Burnett against the board of education of the city of New York. No opinion. Judgment affirmed by default, with costs.